FILED

1    A. Eric Bjorgum (State Bar No. 198392)

2    Marc Karish (State Bar No. 205440)

     KARISH & BJORGUM, PC

3    510 W. 6th St., Suite 308

4    Los Angeles, CA 90014

     Telephone: 213.785.8070

5    Facsimile: 213.995.5010

6    Email:eric.bjorgum@kb-ip.com

7

8    Attorneys for Plaintiffs,

     HARRIS REMODELING CO., LLC

9    And BARRY MARDER

2011 MAR 29   PM 4: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company, and BARRY MARDER, an individual, <br><br>      Plaintiffs, <br><br> vs. <br><br> JEFF CRUPPER, an individual, CAFEPRESS.COM, INC., a Delaware corporation; ZAZZLE INC., a California corporation; URBAN DICTIONARY, LLC, a California limited liability company; and JOHN DOES 1-10, <br><br>      Defendants. | Case No. **CV11-02646** AHM (RZx) <br><br> **COMPLAINT FOR:** <br><br> **1. TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);** <br><br> **2. FALSE OR MISLEADING DESCRIPTIONS AND REPRESENTATIONS AND DILUTION (15 U.S.C. § 1125);** <br><br> **3. INFRINGEMENT OF CALIFORNIA AND COMMON LAW TRADEMARK (Cal. Bus. & Prof. Code §§ 14245 et seq.);** <br><br> **4. UNFAIR COMPETITION AND BUSINESS PRACTICES (Cal. Bus. & Prof. Code § 17200);** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**5. COPYRIGHT INFRINGEMENT**
**(17 U.S.C. § 504)**

2

3

**;**

4

**6.  COMMON LAW UNFAIR**
**COMPETITION**

5

6

**AND DEMAND FOR JURY TRIAL**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COMPLAINT FOR DAMAGES
## AND DEMAND FOR JURY TRIAL

Plaintiff, HARRIS REMODELING CO., LLC, a California limited liability company, with its principal place of business in this District,  (hereinafter referred to as "Harris"), and Plaintiff BARRY MARDER, and individual residing in Burbank, California (hereinafter referred to as "Marder") (collectively "Plaintiffs"), by and through their undersigned counsel, hereby sues Defendants, JOHN DOES 1-10, individuals of unknown residence  (hereinafter referred to as "Defendants" or "Defendant Does"), and states:

## PARTIES

1. Plaintiff Harris is a California limited liability company with its principal place of business in Glendale, California.

2. Plaintiff Barry Marder is an individual residing in Burbank, California.

3. On information and belief, Defendant Jeff Crupper is an individual residing in Clearwater, Florida.

4. On information and belief, Defendant CaféPress.com, Inc. is a Delaware corporation with its principal place of business at 1850 Gateway Drive, Suite 300, San Mateo, California 94404.

5. On information and belief, Defendant Zazzle Inc. is a California corporation with its principal place of business at 1900 Seaport Boulevard, 4th Floor, Redwood City, California 94063.

6. On information and belief, Defendant Urban Dictionary is a California Limited Liability Corporation having a principal place of business in San Francisco, California.

7. Defendant Does are unknown individuals who, on information and belief, reside in the United States.

## JURISDICTION AND VENUE

8. This action arises under the Trademark Act of 1946, 15 U.S.C. §§

1  1051, et seq., including more particularly 15 U.S.C. §§ 1114(1), 1125(a), and

2  1125(c), as well as the statutory and common law of the State of California.  This

3  Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C.

4  §§ 1331, and 1338(a) and (b), and supplemental jurisdiction under 28 U.S.C. §

5  1367(a).

6       9.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)-(c).

7  On information and belief, the infringing marks that are the subject of this

8  litigation were displayed in the Central District of California; all of the items for

9  sale displaying the infringing items were offered for sale in the this District; the

10  claims alleged in this action arose in the Central District of California; and the

11  Defendants are corporations, individuals or unknown business entities based in the

12  Central District of California or doing business here by making actionable

13  misrepresentations and shipping, selling or offering goods or services under the

14  infringing mark in the Central District of California.

15                 **COMMON ALLEGATIONS**

16       10.    Plaintiffs are in the business of writing, selling and licensing humor

17  books and items or rights related to those books. Marder is the individual primarily

18  responsible for creating the works in which Plaintiffs deal.

19       11.    Marder has been a standup comic and humor writer for over 30 years.

20  He is closely associated with Jerry Seinfeld.  He was a writer on the *Seinfeld*

21  television show.  He was a credited writer on the full feature animated film *Bee*

22  *Movie*.  He has written for David Letterman, Jay Leno, Bill Maher and wrote with

23  George Carlin.  He has written and produced television pilots for ABC, Fox, FX,

24  Sony, and Lionsgate.

25       12.    In 1994, Marder invented a character named "Ted L. Nancy."

26  Beginning in early 1995, Marder began to write  books under the pseudonym Ted

27  L. Nancy.  The books were part of a series entitled Letters from a Nut ("Letters").

28  The books all portrayed a common scenario:  Ted L. Nancy would send humorous

and sometimes absurd letters to companies and celebrities.  If the companies wrote return letters, the series of letters would be considered for the book.  For instance, in one letter, Nancy wrote to the Disneyland Hotel requesting to check in to the hotel with his own ice machine.  This created an exchange of humorous missives.

13.     The idea for the <u>Letters</u> books originated with Marder.  Marder also created the character of Ted L. Nancy.  To obtain publication, he procured the involvement of top literary agent Dan Strone, formerly of The William Morris Agency and now of Trident Media Group. Seinfeld brought Marder to Strone, who was also Seinfeld's literary agent and a well known literary agent for top comedians.

14.     In June, 1997, the first <u>Letters</u> book was released.  Prior to its release, Marder secured the endorsement of Seinfeld.  Seinfeld agreed to write an Introduction to the book.  Because Seinfeld lends his name or endorsement to very few projects, speculation soon arose that Ted L. Nancy was in fact a pseudonym for Seinfeld.

15.     The first <u>Letters</u> book was and remains a success.  It sold over 450,000 copies and remains in hardcover after 14 years.  It has sold hundreds of thousands more in a Scholastic version aimed exclusively at school children.  Marder, as Ted L. Nancy, receives constant fan mail from children.  Foreign sales have been strong.   All of these versions featured Seinfeld's name.  Seinfeld procured further exposure for the book, which he promoted the book on *Larry King Live* and *The Tonight Show with Jay Leno,* exposing the book to millions of viewers.

16.     In April, 1998, Bantam books published <u>More Letters From a Nut</u>.  Seinfeld again wrote a "More Introduction" section.  It sold over 100,000 copies in domestic hardcover and has been released in foreign markets.

17.     In 2000, the third Letters book, <u>Extra Nutty!  Even More Letters From A Nut</u> was published by St. Martin's, with a "Backword" by Seinfeld.  It has also been published by Scholastic Books.  None of the <u>Letters</u> books has gone into a mass market paperback release.

18.     In 2008, Marder  wrote and had published another TED L. NANCY book (<u>Hello Junk Mail!</u>) with The National Lampoon.

19.     In 2010, Random House published <u>All New Letters From A Nut</u>, with Marder again writing as Ted L. Nancy.  In September, 2010, Seinfeld revealed Marder on *Larry King Live* and *The Today Show* (hosted by Matt Lauer) as the author of the <u>Letters</u> series.  There have been many people claiming to be Ted L. Nancy, with some even offering products for sale.  The *Larry King Live* and *Today Show* segments in 2010 were intended partially to stop illegitimate use of the TED L. NANCY trademark.

20.     Marder has filed for a trademark registration on TED L. NANCY.  The registration was granted and bears registration number 3,540,770.  Specifically, the registration is for TED L. NANCY in connection with "books in the field of humorous exchanges of letters; humor books; book covers."  The trademark registration is owned by Harris.  Marder is also the sole owner of the copyrights in all <u>Letters</u> and TED L. NANCY books.

21.     The association with Seinfeld and the mystery behind the identity of Ted L. Nancy are features of the goodwill associated with the <u>Letters</u>  books and TED L. NANCY mark and name.  The public has come to associate genuine, authorized TED L. NANCY products and services with attributes similar to those of Seinfeld, to wit: the high quality observational comedy that is appropriate for many audiences, with no derogatory or exploitative sexual content.

22.     In addition, the TED L. NANCY mark continues to accumulate common law trademark rights.

23.     Substantial amounts of capital have been invested by Plaintiff to

1    accomplish its business ends and to promote the TED L. NANCY mark.  Plaintiff

2    or its agents have drafted numerous cease and desist letters to those who

3    improperly use the TED L. NANCY mark.  Plaintiff maintains an official Ted L.

4    Nancy website with authorized book excerpts and new writings.  Marder receives

5    fan mail daily from readers of all ages.

6         24.    In February, 2011, Plaintiff became aware that certain items were

7    being offered for sale on the websites operated by Defendants Zazzle and Café

8    Press.

9         25.    These items used characters, gags, quotes or puns from the <u>Letters</u>

10   series.  Some of these contained word-for-word copying from the <u>Letters</u> books.

11   Some of them showed a bogus TED L. NANCY signature.  Some of the items

12   contained explicit sexual material.  All of them were overpriced.  Marder and

13   Seinfeld have intentionally avoided crass exploitation of the TED L. NANCY

14   mark.

15        26.    On information and belief, the Zazzle items were linked via a template

16   to defendant Urban Dictionary.  On information and belief, Zazzle and Urban

17   Dictionary have both profited from the sale of TED L. NANCY items.

18        27.    On information and belief, the Café Press items were designed and

19   originated from Defendant Crupper.  Crupper also sold one or more of these items

20   on his personal web page and stated or implied that he was the creator of some of

21   the items or humor behind the items.  On information and belief, both Crupper and

22   Café Press have profited from the sale of TED L. NANCY items.

23        28.    Plaintiff's attorneys contacted all four defendants.  Café Press

24   removed the infringing items but refused to disclose sales.  Café Press also

25   identified Crupper as the source of the infringing items.

26        22.    Crupper admitted to creating the infringing items but refused to

27   disclose sales or authorized Café Press to disclose sales.

28        23.    On information and belief, Crupper also used a TED L. NANCY

Facebook page to sell illegitimate TED L. NANCY items by creating the illusion that he was associated with the TED L. NANCY mark.

24.     Zazzle has not taken down the infringing items.   They are still for sale.  Urban Dictionary did not respond to any communications.

25.     Attached hereto as Exhibit A is a webpage printout of http://www.cafepress.com showing various products for sale in connection with the TED L. NANCY mark.

26.     Attached hereto as Exhibit B is a webpage printout of http://ww.urbandictionary.com showing various products for sale in connection with the TED L. NANCY mark.

27.     Attached hereto as Exhibit C is a webpage printout of http://www.zazzle.com showing various products for sale in connection with the TED L. NANCY mark.

28.     Attached hereto as Exhibit D is a webpage printout of http://www.facebook.com from a user identified as Ted L. Nancy.  On information and belief the webpage of Exhibit D was created and controlled by Jeff Crupper.

## DEFENDANTS' UNAUTHORIZED ACTS
## FIRST CAUSE OF ACTION
### (Trademark Infringement -15 U.S.C. § 1114(1) By Harris Against All Defendants)

29.     Plaintiff Harris repeats and realleges the allegations of paragraphs 1 – 28, above.

30.     Defendants are selling, distributing, and/or offering for sale products or services covered by Plaintiff Harris's registered mark.  Plaintiff Harris has not authorized, or consented to, Defendants' use of the TED L. NANCY mark or any content from the Letters books.

31.     Defendants' conduct constitutes trademark infringement under 15 U.S.C. § 1114(1).  Moreover, Defendants' conduct is likely to cause confusion, deception and mistake among the consuming public in that members of the public who view or purchase Defendants' goods or services used with Plaintiff's registered marks are likely to believe that there is an association between the Defendants and/or the Defendants' products and services, on one hand, and Plaintiff's products and services on the other.

32.     Defendants' trademark infringement without the authority of Plaintiff will cause injury to Plaintiff and its marks, goodwill and reputation, for which Plaintiff has no adequate remedy at law.  Unless Defendants are restrained by this Court from continuing their trademark infringement, these injuries will continue to occur.

## SECOND CAUSE OF ACTION

### (False or Misleading Descriptions and Representations and Dilution -- 15 U.S.C. § 1125(a) By Harris Against All Defendants)

33.     Plaintiff Harris repeats and realleges each and every allegation of paragraphs 1 through 32, above, as though fully set forth at length.

34.     Plaintiff Harris or its predecessors have used the TED L. NANCY mark in interstate commerce since at least as early as 1997, long before any use by Defendants.  Plaintiff has extensively advertised, promoted, and sold products and services throughout the United States under the TED L. NANCY marks.  The public has come to identify Plaintiff as the exclusive source of goods and services bearing the TED L. NANCY mark.  The TED L. NANCY mark has become famous, has acquired secondary meaning, and has come to represent a valuable business asset belonging exclusively to Plaintiff or its predecessors.

35.     Defendants have used words, terms, symbols or devices or combinations thereof that have, on information and belief,  resulted in false

7

designations of origin, false and misleading representations and descriptions of fact that have:

        a.     caused or are likely to cause confusion, mistake and deception as to the affiliation, connection and association of Defendants with the TED L. NANCY mark and line of goods, and as to the origin, sponsorship and approval of Defendants' goods and services; and

        b.     misrepresented, in commercial dealings, the nature, characteristics, qualities and origin of Defendants' goods and services.

36.    Defendants have made and will continue to make false representations regarding Defendants' goods and services, the alleged affiliation between Defendants and Harris, Marder and/or the TED L. NANCY line of goods and services, and such other misrepresentations as averred herein.

37.    Defendants' activities as averred herein have constituted a use in commerce of the TED L. NANCY mark, which use began after the TED L. NANCY mark became distinctive and famous.

38.    Defendants' activities as averred herein have caused and will continue to cause actual dilution of the TED L. NANCY mark if not enjoined.

39.    Defendants' activities as averred herein have caused and will continue to cause, unless retrained, great public harm to Plaintiff through (a) a likelihood of confusion, mistake and deception among the purchasing public as to Defendants' infringing web activities; (b) the loss of valuable goodwill and business reputation symbolized by the TED L. NANCY mark; and (c) actual dilution of the famous TED L. NANCY mark via association with scandalous matter.  All of this activity has been in violation of section 43(a) of the Lanham Act.

40.    Defendants' use of the TED L. NANCY mark has been willful and malicious and without the consent, permission, or authorization of Plaintiff Harris.

41.    Plaintiff has suffered and will continue to suffer loss of profits and

other damage, and Defendants have earned illegal profits, in an amount to be proven at trial, as the result of Defendants' aforesaid acts.  Such damages and profits should be trebled in accordance with 15 U.S.C. § 1117.

42.     Plaintiff has no adequate remedy at law.

## THIRD CAUSE OF ACTION

### (Infringement of California and Common Law Trademarks – Cal. Bus. & Prof. Code § 14245 et seq. By Harris Against All Defendants)

43.     Plaintiff Harris repeats and realleges each and every allegation of paragraphs 1 through 42, above, as though fully set forth at length.

44.     Defendants' use of the TED L. NANCY mark in connection is likely to cause confusion, mistake, deception and uncertainty in the mind of the public in violation of California trademark law, including Cal. Bus. & Prof. Code § 142450 et seq.

45.     Defendants' conduct as described herein has been without Plaintiff's permission, consent or authorization.

46.     Defendants' conduct evidences fraud, oppression and malice in that Defendants' conduct was intended to cause injury to the Plaintiff Harris is despicable and was carried out with willful and conscious disregard of the rights of Plaintiff Harris and the public.  By reason of the foregoing, Plaintiff is entitled to exemplary and punitive damages.

## FOURTH CAUSE OF ACTION

### (Statutory Unfair Competition By Harris Against All Defendants -- Cal. Bus. & Prof. Code § 17200)

47.     Harris repeats and realleges the allegations contained in paragraphs 1 through 46 above.

48.     Defendants' actions as described herein constitute unlawful, unfair or fraudulent business practices as those terms are defined in Cal. Bus. & Prof. Code §

17200.

49.    Harris is entitled to restitution or disgorgement of all profits gained by Defendants as a result of their unfair competition.  Harris is further entitled to an injunction against further unfair business practices, including but not limited to enjoining Defendants from posting any content on the Internet or creating false associations between Ted L. Nancy and anyone except Seinfeld, Harris or Marder.

## FIFTH CAUSE OF ACTION

**(Copyright Infringement by Marder Against Cafépress.com and Crupper – 17 U.S.C. § 501)**

50.    Harris  and Marder repeat and realleges the allegations contained in paragraphs 1 through 49 above.

51.    Marder is an author and the sole owner of the copyrights in the Letters books.  Extra Nutty: Even More Letters From A Nut is registered as TX0005237535; More Letters From A Nut is registered as TX0004791140; Letters From A Nut is registered as TX0004610825.  Marder is also the beneficiary of an assignment in all rights to the Letters books under U.S. Copyright Office document number V3549 D760 P1.

52.     The items for sale by Defendant Crupper, which, on information and belief, are offered for sale and manufactured by Defendant Cafepress.com, include items using the following copyrighted materials of Marder: "The Bib Barn"; "Soup and Sleep"; "Captain Reedys Cushion Crunch: We Make More When More Falls In"; "G'Morms"; and "G'Morning G'Norms" (the "Subject Works").

53.    Each of the Subject Works is copied verbatim from Marder's Letters books, and their selection and arrangement in connection with other phrases and products directly copies from Marder's Letters books.

54.    Plaintiff Marder is informed and believes, and based thereon alleges, Defendants Crupper and Cafepress.com, and each of them, wrongfully created

copies of the copyrighted Subject Works without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by distributing said copies with a false and misleading designation of creation, ownership and origin, and falsely representing that the Subject Works were their own.

55.   Plaintiff Marder is informed and believes and based thereon alleges that Defendants Crupper and Cafepress.com, and each of them, further infringed Plaintiff's copyright by making derivative works from Plaintiff's copyrighted Subject Works, and/or by producing and distributing written materials incorporating those derivative works without Plaintiff's permission.  Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the Subject Works that belong solely to Plaintiff.

56.   Plaintiff Marder is informed and believes and based thereon alleges that Defendants Crupper and Cafepress.com, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also liable for contributory copyright infringement because each Defendant knew or should have known of the direct infringement, had the right and ability to supervise the infringing conduct, and had an obvious and direct financial interest in the infringing conduct.

57.   Plaintiff Marder is informed and believes and based thereon alleges that Defendants Crupper and Cafepress.com, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also vicariously liable for the subject infringements because each Defendant enjoys a direct financial benefit from another's infringing activity and has the right and ability to supervise the infringing activity.

58.   Plaintiff Marder is informed and believes and based thereon alleges that Defendants Crupper and Cafepress.com, and each of them, knew of Plaintiff's

works, and, notwithstanding Plaintiff's demands that these Defendants cease and desist from their infringement, Defendants have willfully, intentionally and maliciously, and in conscious disregard for Plaintiff's rights, and only in furtherance of those Defendants' sole pecuniary interests, continued to manufacture and/or sell printed materials infringing on Plaintiffs' copyrights in the Subject Works.

59.    The acts of copyright infringement by Defendants Crupper and Cafepress.com, and the acts of affirmative and widespread self-promotion of the copies directed to the public at large, as alleged above, have caused Plaintiff Marder to suffer, and to continue to suffer, substantial damage to his business in the form of diversion of trade, loss of income and profits, and a dilution of the value of his rights.

60.    Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large alleged above, Defendants Crupper and Cafepress.com, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted Subject Works. Plaintiff is entitled to disgorgement of each Defendant's profits directly and indirectly attributable to said Defendant's infringement of the Subject Works.

## SIXTH CLAIM FOR RELIEF

### (By Both Plaintiffs Against All Defendants for Common Law Unfair Competition)

61.    Plaintiffs Marder and Harris repeat, reallege and incorporate by reference in this paragraph the allegations contained in paragraphs 1 to 60 of this Complaint as if fully set forth herein.

62.    The above-described acts of Defendants constitute common law unfair competition in that Defendants are passing off their goods as those of the Plaintiffs.

Such acts have caused and will continue to cause irreparable and immediate injury to Plaintiff for which Plaintiff has no adequate remedy at law.  Unless Defendants are restrained by this Court from continuing the acts alleged herein, these injuries will continue to occur.

63.    On information and belief, the foregoing acts of the Defendants are willful and malicious in that they have been undertaken with a conscious disregard of the Plaintiffs' rights and with a desire to injure the Plaintiffs' business and to improve their own, such that punitive or exemplary damages should be awarded against Defendants.

**WHEREFORE,** Harris and Marder pray for relief as follows:

1.    Preliminarily and permanently enjoining and restraining Defendants, their officers, directors, principals, agents, servants, employees, customers, successors and assigns, and all those in active concert or participation with them, from:

a.  Counterfeiting, imitating, copying, or making unauthorized use of the TED L. NANCY mark;

b.  Manufacturing, producing, printing, distributing, importing, trafficking in, selling, offering for sale, possessing, advertising, promoting, importing, or displaying any products or services bearing or associated with any simulation, reproduction, counterfeit, copy or colorable imitation of the TED L. NANCY mark;

c.  Using any false designation of origin or false description or misrepresentation, or performing any act, which is likely to cause confusion, deception, mistake to the public or trade, as to the affiliation, origin or association of Defendants' products or services with Plaintiff;

d.  Diluting or infringing the rights of Plaintiff's rights in the TED L. NANCY mark, or otherwise damaging Plaintiff's goodwill or business reputation;

e.  Otherwise competing unfairly with Plaintiff in any way; and

f.  Directly or indirectly manufacturing, producing, printing, distributing, importing, trafficking in, selling, offering for sale, possessing, advertising, promoting or displaying any products, including books, bearing any simulation, reproduction, copy or colorable imitation of Plaintiff's copyrighted works.

2.  Directing such other relief as the court may deem appropriate to prevent the trade and public from deriving any erroneous impression that any product or service sold, distributed or otherwise circulated or promoted by Defendants, which did not originate with Plaintiffs, is authorized by Plaintiffs or related in any way to Plaintiffs' products and services, such relief to include corrective advertising by Defendants or payment by Defendants to Plaintiffs sufficient to enable Plaintiffs to conduct corrective advertising, and such relief to further include notice of the injunction and court order to each of Plaintiffs' and Defendants' customers.

3.  Awarding damages to Plaintiffs and an accounting of the profits of Defendants arising from Defendants' infringement, false designation of origin, and unfair competition, such damages to be trebled in view of the willfulness of Defendants' acts.

4.  Awarding damages arising from Defendants' unfair competition and false representations, including Plaintiffs' loss of sales and restitution for the unjust enrichment which Defendants have enjoyed.

5.  Awarding statutory damages under the Lanham Act.

14

6.      Imposing a constructive trust requiring Defendants to account for and pay over to Plaintiffs all profits realized by them from their infringement and injury to the value of the TED L. NANCY mark and their unfair competition with Plaintiffs.

7.      Awarding exemplary or punitive damages against Defendants.

8.      Awarding costs and reasonable attorneys' fees and expenses incurred by Plaintiffs in connection with this action.

9.      For an order directing the Defendants to deliver for destruction printed material in their possession, or under their control, having any portion therein of Plaintiff's copyrighted works;

10.     For an award of pre-judgment interest and post-judgment interest in the maximum amount permitted by law;

11.     For a finding that the Defendants' acts were undertaken, intentionally, maliciously and/or with a reckless and wanton disregard of the plaintiffs' common law trademark rights and for an award of exemplary damages pursuant to California Civil Code section 3295 in an amount sufficient to punish, deter, and make an example of defendants for the acts complained of herein;

12.     For an award of costs;

13.     That Plaintiffs be awarded all profits of Defendants, and each of them, plus all losses of Plaintiffs, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages, as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

14.     That Plaintiffs be awarded attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

15.     That Defendants, and each of them, account to Plaintiffs for their profits and any damages sustained by Plaintiffs arising from the foregoing acts of infringement;

16.     Imposing a mandatory injunction requiring Defendants to issue appropriate press releases, disclaimers and Internet posts to remedy any confusion;

17.     Awarding pre-judgment interest and post-judgment interest as permissible; and

18.     Awarding such other relief as the Court deems proper under the circumstances.

Dated:   March 29, 2011                    KARISH & BJORGUM, PC


                                            /s/ A.Eric Bjorgum
                                           _____
                                           A. Eric Bjorgum
                                           Attorneys for Plaintiffs
                                           HARRIS REMODELING CO., LLC and
                                           BARRY MARDER

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Rule 38 of the Federal Rules of Civil Procedure, PlaintiffS Harris

3   Remodeling Co., LLC and Barry Marder hereby demand a trial by jury of all issues.

4

5   DATED  March 29, 2011                KARISH & BJORGUM, PC

6

7                                          ___/s/ A. Eric Bjorgum_____

8                                          A. Eric Bjorgum
                                           Attorneys for Plaintiff

9                                          Harris Remodeling Co., LLC and
                                           Barry Marder

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



LOVELY DAY! Take 20% off* your order. Code: LOVE214                    Details



new phone? save 25% on custom iphone cases | new! iPad cases | love is in the air! valentines day gifts          create and sell t-shirts | read our blog

sign in | help    | **Cart:** 2 items

## 30 Products Feature This Design

See all designs from tedlnancy



View Larger

**See products in:**
- T-Shirts & Clothing
- Drinkware
- Home Decor
- Stickers & Flair
- Home & Gifts
- Drinkware
- T-shirts & Clothing

Share

## T-Shirts & Clothing



MORE COLORS AVAILABLE
Ted L. Nancy T-Shirt
$25.00



MORE COLORS AVAILABLE
"Nuts" T-Shirt
$25.00



MORE COLORS AVAILABLE
Free Cowboy Hats Hooded
Sweatshirt
$38.00



MORE COLORS AVAILABLE
Ted L. Nancy Tee
$22.00



MORE COLORS AVAILABLE
Capt. Reedys CUSHION
CRUNCH Baseball Jersey
$25.00



MORE COLORS AVAILABLE
Ted L. Nancy "Save the Snails!"
T
$25.00



Ted L. Nancy Classic Thong
$12.00



Ted L. Nancy Shirt
$24.00



MORE COLORS AVAILABLE
Cooking with Ted L. Nancy Shirt
$29.00



MORE COLORS AVAILABLE
Ted L Nancy Shirt
$26.00



Ted L. Nancy Boxer Shorts
$16.00



MORE COLORS AVAILABLE
the BIB BARN Shirt
$28.00



Capt. Reedys CUSHION
CRUNCH T
$25.00



MORE COLORS AVAILABLE
European Postcard T-Shirt
$28.00



MORE COLORS AVAILABLE
Ted L. Nancy Jr. Spaghetti Tank
$22.00



Ted L. Nancy Jr. Hoodie
$30.00



MORE COLORS AVAILABLE
Ted L. Nancy Tee
$23.00



Ted's Signature Trucker Hat
$12.00



Ted L. Nancy Messenger Bag
$25.00



MORE COLORS AVAILABLE
Free Cowboy Hats Organic
Cotton Tee
$29.00



Save the Snails! T-Shirt
$31.00

Back To Top

## Drinkware





Ted L. Nancy Mug
$18.00

Ted L. Nancy Travel Mug
$22.00

Back To Top

## Home Decor





Ted L. Nancy Journal
$11.00

Ted L. Nancy Golf Bag Tag
$12.00

Ted L. Nancy Small Pet Bowl
$20.00

Back To Top

## Stickers & Flair





Ted L. Nancy Mini Button
$3.00

Ted L. Nancy Signature Magnet
$4.00

Ted L. Nancy Flip MinoHD
$200.00

Back To Top

## Home & Gifts

   

Ted L. Nancy Mini Button
$3.00

Ted L. Nancy Journal
$11.00

Ted L. Nancy Signature Magnet
$4.00

Ted L. Nancy Golf Bag Tag
$12.00

 

Ted L. Nancy Messenger Bag
$25.00

Ted L. Nancy Small Pet Bowl
$20.00

Back To Top

## Drinkware

 

Ted L. Nancy Mug
$18.00

Ted L. Nancy Travel Mug
$22.00

Back To Top

## T-shirts & Clothing

   

**MORE COLORS AVAILABLE**
Ted L. Nancy T-Shirt

**MORE COLORS AVAILABLE**
"Nuts" T-Shirt

**MORE COLORS AVAILABLE**
Free Cowboy Hats Hooded

**MORE COLORS AVAILABLE**
Ted L. Nancy Tee

$25.00                $25.00                Sweatshirt              $22.00
                                            $38.00









MORE COLORS AVAILABLE          MORE COLORS AVAILABLE                                    MORE COLORS AVAILABLE
Capt. Reedys CUSHION           Ted L. Nancy "Save the Snails!"      Ted L. Nancy Shirt          Cooking with Ted L. Nancy Shirt
CRUNCH Baseball Jersey         T                                    $24.00                      $29.00
$25.00                         $25.00









MORE COLORS AVAILABLE          MORE COLORS AVAILABLE                                    MORE COLORS AVAILABLE
Ted L Nancy Shirt              the BIB BARN Shirt                   Capt. Reedys CUSHION        European Postcard T-Shirt
$26.00                         $28.00                               CRUNCH T                    $28.00
                                                                    $25.00









MORE COLORS AVAILABLE                                               MORE COLORS AVAILABLE
Ted L. Nancy Jr. Spaghetti Tank  Ted L. Nancy Jr. Hoodie           Ted L. Nancy Tee            Ted's Signature Trucker Hat
$22.00                           $30.00                             $23.00                      $12.00





MORE COLORS AVAILABLE
Free Cowboy Hats Organic         Save the Snails! T-Shirt
Cotton Tee                       $31.00
$29.00

Back To Top

**Can't find exactly what you're looking for? Make your own**

CUSTOM T-SHIRTS

PERSONALIZED GIFTS

or

**International Sites:**    Australia    Canada    United Kingdom    **United States & Worldwide**

**Currency:**    AUD    CAD    GBP    EUR    **USD**

Non-US currency rates are updated daily and may fluctuate.

About CafePress | Help | Privacy Policy | Intellectual Property Policy | Content Disclaimer | Tags | Products | Sitemap

All Content Copyright © 1999-2011 CafePress.com. Use of this web site constitutes acceptance of the Terms of Service.

**Email Exclusives**
Enter your email address to receive special offers and promotions from CafePress.

Email Address

# EXHIBIT B



look up any word:

[search]

word of the day  define your friends  dictionary  my city  store  add  edit  blog
custom products  word of the day products  top products  bookstore  shopping cart

# Print this definition...

Ted L. Nancy
A person who writes odd letters to various companies, celebrities, and others, and publishes the letters along with their responses, in a book. Rumored to actually be comedian Jerry Seinfeld using a pseudonym after writer Hunter S. Thompson sent an infuriating response to one of Nancy's letters, making the allegation.
Ted L. Nancy wrote to Coca-Cola regarding the use of his soda's name, Kiet Doke.

[edit the text]  or  [pick another definition]    share this

# ... on mugs, magnets, mousepads, tshirts and more!



mugs $21.95



two tone mugs $25.10



greeting cards $2.95



logo hats $21.15



2011 calendars $6.99



printed dictionaries $10.39



temporary tattoos $1.45



tshirts $25.05



basic tshirts $33.95



front tshirts $24.95



steins $32.90



magnets $5.85
⚠ **Text might be too long**
Click here to edit



mousepads $15.95



stickers $6.95



trucker hats $19.95





urban dictionary tats $1.60

bumper stickers $6.10

Product previews are made by a computer. The actual products are created by Zazzle when you order.
Our partners reserve the right to cancel orders based on intellectual property concerns.
Most orders ship in 24 hours.

Prices shown in USD. Choose a location: United States

Urban Dictionary ©1999-2011 terms of service privacy feedback remove advertise technology jobs

add via **rss**
or **google calendar**

add **urban dictionary**
on **facebook**

search ud
from your **phone**
or via **sms**

**follow urbandaily**
on twitter

# EXHIBIT C

Have an account? Sign in  |  Cart  |  My Account  |  Help

UrbanDictionary > New Products



Product | Design





left          center          right

**No minimum orders • No setup fees • Ships tomorrow!**

Share This! |           (2 votes)
Email | Link                          Add to favorites

 **Created By UrbanDictionary:**  Store

## Classic White Mug

Your favorite photo or funniest saying is a great way to start the day. Use our white mug to showcase your creativity. It has a large handle that's easy to hold and comes in 11oz and 15oz sizes. Dishwasher and microwave safe. Makes a great gift! Read more...

## Custom Urban Dictionary mug

An Urban Dictionary mug, with any definition on it!
Medium and short definitions look best on this mug. To make sure it's what you want, click on the magnifying glass.

Product id: 168422380300109771
Made on 11/24/2009 5:34 PM              Rated 
Report violation

## Mug Volume Discounts

| Quantity | Discount | |
|---|---|---|
| 25 - 49 mugs | $1.00 off | You don't have to buy multiples of the same mug to receive a quantity discount. You'll receive a quantity discount on any order of 25 or more mugs! |
| 50 - 99 mugs | $2.00 off | |
| 100 - 249 mugs | $3.00 off | |
| 250+ mugs | $4.00 off | |

---



**Custom Urban Dictionary mug**          In stock!

Quantity:
[ 1 ]    mug.Only **$17.95** in bulk!

Add to cart    **$21.95**
per mug

---

### Choose your style, color and size

Style: **Classic White Mug**  (more information)          Starting at $21.95

Color: **White**

Size: **11 oz**   (view size chart)

11 oz          15 oz

---



### Other products you might like

### Other products by UrbanDictionary



Urban Dictionary          Urban Dictionary          Urban Dictionary
"shirt mask" t-shirt      "sloth cloth" shirt       embroidered hat

breakfast - Urban         Alt Tabbin' - Urban       caffeine - Urban
Dictionary mug            Dictionary mug            Dictionary mug

**Tags:** urban, dictionary

**Store Category:**    New Products

 **Top 10 Mug Views** November 24, 2009

Custom Urban Dictionary mug from Zazzle.com

http://www.zazzle.com/custom_urban_dictionary_mug-168422380300109771

Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy

Copyright © 2000-2011, Zazzle Inc. All rights reserved.



# EXHIBIT D



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV11- 2646 AHM (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
A. Eric Bjorgum (SBN 198392)
KARISH & BJORGUM, PC
510 W. 6th St., Suite 308
Los Angeles, CA 90014

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HARRIS REMODELING CO., LLC, <br> *See Attached* <br> v. <br> PLAINTIFF(S) | CASE NUMBER <br> **CV11-02646** *AHM (RZx)* |
|---|---|
| JEFF CRUPPER; *an individual* <br> *See Attached* DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S): <u>JEFF CRUPPER; CAFEPRESS.COM, INC., ; ZAZZLE INC.,</u>
<u>URBAN DICTIONARY, LLC; JOHN DOES 1-10</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>A. Eric Bjorgum, Karish & Bjorgum,</u>  , whose address is <u>510 W. 6th St., Suite 308, Los Angeles, CA 90014  213.785.8070</u>  . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __29 MAR 2011__

By: _____
        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company, and BARRY MARDER, an individual | JEFF CRUPPER, an individual, ; CAFEPRESS.COM, INC., a Delaware corporation; ZAZZLE INC., a California corporation; URBAN DICTIONARY, LLC, a California limited liability company; and JOHN DOES 1-10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| A. Eric Bjorgum KARISH & BJORGUM, PC, 510 W. 6th St., Suite 308, Los Angeles, CA 90014 USA  (213) 785-8070 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No        ☒ **MONEY DEMANDED IN COMPLAINT: $** According to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Act of 1946, 15 U.S.C. §§ 1051, et seq., infringement and dilution of TED L. NANCY mark.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | SOCIAL SECURITY | |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-02646

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| HARRIS REMODELING CO., LLC,  - Los Angeles County<br>BARRY MARDER - Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Crupper - Florida; Urban Dictionary - San Francisco;<br>Zazzle - San Mateo; Cafe Press - San Mateo |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____Eric Bjorgum_____ Digitally signed by Eric Bjorgum        Date 3/29/2011

   Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |