| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>A. Eric Bjorgum<br>KARISH & BJORGUM, PC, 510 W. 6th St., Suite 308,<br>Los Angeles, CA 90014<br>USA  (213) 785-8070 | FILED<br><br>2011 MAR 29  PM 4: 07<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY_____ |
| ATTORNEYS FOR:  HARRIS REMODELING; BARRY MARDER | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRIS REMODELING CO., LLC,<br>a California limited liability company; BARRY MARDER, an individual,<br><br>Plaintiff(s),<br>v.<br><br>JEFF CRUPPER; CAFEPRESS.COM, INC.,;<br>ZAZZLE INC.,URBAN DICTIONARY, LLC;<br>JOHN DOES 1-10<br><br>Defendant(s) | CASE NUMBER:<br><br>CV11-02646 AHM (RZx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  HARRIS REMODELING CO., LLC and BARRY MARDER
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                               **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Harris Remodeling Co., LLC -- Plaintiff
Barry P. Marder  -- Member of Harris Remodeling Co., LLC


3/29/2011                                                                              /S/ A. Eric Bjorgum
Date                                                                                   Sign


A. Eric Bjorgum for Plaintiff Harris Remodeling Co., LLC
Attorney of record for or party appearing in pro per

CV-30 (04/10)                                NOTICE OF INTERESTED PARTIES