1  HOLLIS BETH HIRE, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 493-6811
5  hhire@wsgr.com

6  AARON HENDELMAN
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue
   Suite 5100
9  Seattle, WA 98104-7036
10 Telephone:  (206) 883-2500
   Facsimile:   (206) 883-2699
11 ahendelment@wsgr.com

12 Attorneys for Defendant
   Zazzle Inc.
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company, and BARRY MARDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF CRUPPER, an individual, CAFEPRESS.COM, INC., a Delaware corporation, ZAZZLE INC., a California corporation, URBAN DICTIONARY, LLC, a California limited liability company, and Does 1-10,<br><br>Defendants. | CASE NO:  CV-11-02646 AHM (RZx)<br><br>**STIPULATION TO EXTEND TIME FOR ZAZZLE INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: April 1, 2011<br>Current response date: April 22, 2011<br>New response date: May 22, 2011 |

4327681_1

STIP. TO EXTEND TIME FOR ZAZZLE INC.
TO RESPOND TO INITIAL COMPLAINT

Pursuant to Local Rule 8-3, Plaintiffs Harris Remodeling Co., LLC and Barry Marder, on the one hand, and Defendant Zazzle Inc., on the other hand, by and through their undersigned counsel of record, stipulate to extend the deadline for Zazzle Inc. to respond to the initial Complaint in this matter by 30 days, to May 22, 2011.  This is the first such extension.

Dated:  April 18, 2011                WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By: /s/  Hollis Beth Hire
                                           Hollis Beth Hire

                                      Attorneys for Defendant
                                      Zazzle Inc.

Dated:  April 18, 2011                KARISH & BJORGUM, PC


                                      By: /s/  A. Eric Bjorgum
                                           A. Eric Bjorgum

                                      Attorneys for Plaintiffs
                                      Harris Remodeling Co., LLC and Barry Marder

# DECLARATION OF CONSENT

The undersigned certifies that concurrence in the filing of this document was obtained from the other signatories.

Dated: April 18, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Hollis Beth Hire
    Hollis Beth Hire

Attorneys for Defendant
Zazzle Inc.

-3-
STIP. TO EXTEND TIME FOR ZAZZLE INC.
TO RESPOND TO INITIAL COMPLAINT