Nada M. Alnajafi (Bar No. 267621)
George B. Tihin (Bar No. 259629)
PIVOTAL IP, PC
301 Arizona Ave, Suite 250
Santa Monica, CA 90401
Telephone: (310)437-8665
nalnajafi@pivotalip.com

Attorneys for Defendant
Urban Dictionary, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company, and BARRY MARDER, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>JEFF CRUPPER, an individual, CAFEPRESS.COM, INC., a Delaware corporation, ZAZZLE INC., a California corporation, URBAN DICTIONARY, LLC, a California limited liability company, and Does 1-10,<br><br>    Defendants. | CASE NO: CV-11-02646 AHM (RZx)<br><br>**STIPULATION TO EXTEND TIME FOR URBAN DICTIONARY, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: April 1, 2011<br>Current response date: April 22, 2011<br>New response date: May 22, 2011 |

　　　　Pursuant to Local Rule 8-3, Plaintiffs Harris Remodeling Co., LLC and Barry Marder, on the one hand, and Defendant Urban Dictionary, LLC, on the other hand, by and through their undersigned counsel of record, stipulate to extend the deadline for Urban Dictionary, LLC, to respond to the initial Complaint in this matter by 30 days, to May 22, 2011.  This is the first such extension.

//

4240230_3

STIP. TO EXTEND TIME FOR URBAN DICTIONARY,
LLC ,TO RESPOND TO INITIAL COMPLAINT

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 9, 2011 | PIVOTAL IP, PC |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Nada M. Alnajafi<br>Nada M. Alnajafi |
| 6 | | Attorneys for Defendant |
| 7 | | Urban Dictionary, LLC |
| 8 | Dated: May_9, 2011 | KARISH & BJORGUM, PC |
| 9 | | |
| 10 | | By: /s/ A. Eric Bjorgum |
| 11 | | A. Eric Bjorgum |
| 12 | | Attorneys for Plaintiffs<br>Harris Remodeling Co., LLC and Barry Marder |

STIP. TO EXTEND TIME FOR URBAN DICTIONARY,
LLC, TO RESPOND TO INITIAL COMPLAINT

# DECLARATION OF CONSENT

The undersigned certifies that concurrence in the filing of this document was obtained from the other signatories.

Dated:  May 9, 2011                    PIVOTAL IP, PC


By: /s/ Nada M. Alnajafi
Nada M. Alnajafi

Attorneys for Defendant
Urban Dictionary, LLC

-3-
STIP. TO EXTEND TIME FOR URBAN DICTIONARY,
LLC, TO RESPOND TO INITIAL COMPLAINT