1  HOLLIS BETH HIRE, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 493-6811
5  hhire@wsgr.com

6  AARON HENDELMAN
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  701 Fifth Avenue
   Suite 5100
9  Seattle, WA 98104-7036
   Telephone: (206) 883-2500
10 Facsimile:  (206) 883-2699
11 ahendelment@wsgr.com

12 Attorneys for Defendant
   Zazzle Inc.
13

14                  UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

16

17 HARRIS REMODELING CO., LLC, a        ) CASE NO:  CV-11-02646 AHM (RZx)
   California limited liability company, and )
18 BARRY MARDER, an individual,         ) **SECOND STIPULATION TO
                                        ) EXTEND TIME FOR ZAZZLE INC.
19              Plaintiffs,             ) TO RESPOND TO COMPLAINT**
                                        )
20       vs.                           ) Complaint served: April 1, 2011
                                        ) Current response date: May 22, 2011
21 JEFF CRUPPER, an individual,         ) New response date: June 21, 2011
22 CAFEPRESS.COM, INC., a Delaware      )
   corporation, ZAZZLE INC., a California )
23 corporation, URBAN DICTIONARY,       )
   LLC, a California limited liability     )
24 company, and Does 1-10,              )
                                        )
25              Defendants.             )
26 _____ )

27

28                                                          4327681_1

   SECOND STIP. TO EXTEND TIME FOR
   ZAZZLE INC. TO RESPOND TO COMPLAINT
   CASE NO:  CV-11-02646 AHM (RZx)

Pursuant to Local Rule 8-3, Plaintiffs Harris Remodeling Co., LLC and Barry Marder, on the one hand ("Plaintiffs"), and Defendant Zazzle Inc. ("Zazzle"), on the other hand, by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, Zazzle believed that it had been served with the Complaint in the above-mentioned action on April 1, 2011;

WHEREAS, based on an April 1, 2011 service date, Zazzle's response to the Complaint would have been due on or before April 22, 2011;

WHEREAS, on April 18, 2011, the parties stipulated and agreed to extend time to respond to the Complaint by thirty (30) days, to May 22, 2011;

WHEREAS, based on the proof of service filed with the Court, Plaintiffs did not serve Zazzle until May 16, 2011;

WHEREAS, based on a May 16, 2011 service date, Zazzle's response to the Complaint would be due on or before June 6, 2011;

WHEREAS, the parties are engaged in settlement discussions, and desire to continue these discussions before Zazzle responds to the Complaint;

WHEREAS, because this stipulation, together with the prior stipulation, extends the time for Zazzle to respond to the initial Complaint in this action for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the parties seek the Court's approval for the stipulated extension.

NOW, THEREFORE:

The deadline for Zazzle to answer or otherwise respond to the initial Complaint in the above-captioned action should be extended to June 21, 2011.

-2-

SECOND STIP. TO EXTEND TIME FOR
ZAZZLE INC. TO RESPOND TO COMPLAINT
CASE NO:  CV-11-02646 AHM (RZx)

1    Dated:  May 20, 2011

2

3

4

5

6

7    Dated:  May 20, 2011

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/  Hollis Beth Hire
        Hollis Beth Hire

Attorneys for Defendant
Zazzle Inc.

KARISH & BJORGUM, PC


By:  /s/  A. Eric Bjorgum
        A. Eric Bjorgum

Attorneys for Plaintiffs
Harris Remodeling Co., LLC and Barry Marder

-3-

SECOND STIP. TO EXTEND TIME FOR
ZAZZLE INC. TO RESPOND TO COMPLAINT
CASE NO:  CV-11-02646 AHM (RZx)

1

## <u>DECLARATION OF CONSENT</u>

2

3     The undersigned certifies that concurrence in the filing of this document was

4     obtained from the other signatories.

5     Dated:  May 20, 2011                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
6

7
                                               By:  /s/  Hollis Beth Hire.
8                                                     Hollis Beth Hire

9                                              Attorneys for Defendant
                                               Zazzle Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -4-