Nada M. Alnajafi (Bar No. 267621)
George B. Tihin (Bar No. 259629)
PIVOTAL IP, PC
301 Arizona Ave, Suite 250
Santa Monica, CA 90401
Telephone: (310)437-8665
nalnajafi@pivotalip.com

Attorneys for Defendant
Urban Dictionary, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company, and BARRY MARDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF CRUPPER, an individual, CAFEPRESS.COM, INC., a Delaware corporation, ZAZZLE INC., a California corporation, URBAN DICTIONARY, LLC, a California limited liability company, and Does 1-10,<br><br>Defendants. | CASE NO: CV-11-02646 AHM (RZx)<br><br>**SECOND STIPULATION TO EXTEND TIME FOR URBAN DICTIONARY, LLC TO RESPOND TO COMPLAINT**<br><br>Complaint served: April 1, 2011<br>Current response date: May 22, 2011<br>New response date: June 21, 2011 |

Pursuant to Local Rule 8-3, Plaintiffs Harris Remodeling Co., LLC and Barry Marder, on the one hand ("Plaintiffs"), and Defendant Urban Dictionary, LLC ("Urban Dictionary"), on the other hand, by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, on April 1, 2011, Plaintiffs served Urban Dictionary with the initial Complaint;

1	WHEREAS, on or before May 9, 2011, the parties stipulated and agreed to
2	extend the time to respond to the Complaint by thirty (30) days, to May 22, 2011;
3	WHEREAS, the parties are engaged in settlement discussions, and desire to
4	continue these discussions before Urban Dictionary responds to the Complaint;
5	WHEREAS, on or around May 20, 2011, Plaintiff and Urban Dictionary
6	participated in several settlement discussions;
7	WHEREAS, on May 20, 2011, Plaintiff provided a written settlement offer to
8	Urban Dictionary and Urban Dictionary is currently reviewing that offer;
9	WHEREAS, because this stipulation, together with the prior stipulation,
10	extends the time for Urban Dictionary to respond to the initial Complaint in this
11	action for more than a cumulative total of thirty (30) days from the date the response
12	initially would have been due, the parties seek the Court's approval for the stipulated
13	extension.

15	NOW, THEREFORE:
16	The deadline for Urban Dictionary to answer or otherwise respond to the
17	initial Complaint in the above-captioned action should be extended to June 21, 2011.

19	//
20
21	//
22	//
23
24	//
25
26	//

-2-
SECOND STIP. TO EXTEND TIME FOR URBAN
DICTIONARY, LLC, TO RESPOND TO COMPLAINT
CASE NO: CV-11-02646 AHM (RZx)

1  Dated:  May 23, 2011          PIVOTAL IP, PC

4               By: /s/ Nada M. Alnajafi
                Nada M. Alnajafi

                Attorneys for Defendant
                Urban Dictionary, LLC

7  Dated:  May 23, 2011          KARISH & BJORGUM, PC

                By: /s/ A. Eric Bjorgum
                A. Eric Bjorgum

                Attorneys for Plaintiffs
                Harris Remodeling Co., LLC and Barry Marder

-3-
SECOND STIP. TO EXTEND TIME FOR URBAN
DICTIONARY, LLC, TO RESPOND TO COMPLAINT
CASE NO: CV-11-02646 AHM (RZx)

## DECLARATION OF CONSENT

The undersigned certifies that concurrence in the filing of this document was obtained from the other signatories.

Dated:  May 9, 2011                    PIVOTAL IP, PC

By: /s/ Nada M. Alnajafi
Nada M. Alnajafi

Attorneys for Defendant
Urban Dictionary, LLC

-4-
SECOND STIP. TO EXTEND TIME FOR URBAN
DICTIONARY, LLC, TO RESPOND TO COMPLAINT
CASE NO: CV-11-02646 AHM (RZx)