1  Nada M. Alnajafi (Bar No. 267621)
2  George B. Tihin (Bar No. 259629)
   PIVOTAL IP, PC
3  301 Arizona Ave, Suite 250
   Santa Monica, CA 90401
4  Telephone: (310)437-8665
5  nalnajafi@pivotalip.com

6  Attorneys for Defendant
   Urban Dictionary, LLC
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10
   HARRIS REMODELING CO., LLC, a          ) CASE NO:  CV-11-02646 AHM (RZx)
11 California limited liability company, and )
   BARRY MARDER, an individual,           )
12                                         ) **[PROPOSED] ORDER RE: SECOND**
                                           ) **STIPULATION TO EXTEND TIME**
13           Plaintiffs,                   ) **FOR URBAN DICTIONARY, LLC**
                                           ) **TO RESPOND TO COMPLAINT**
14      vs.                                )
                                           )  Complaint served: April 1, 2011
15 JEFF CRUPPER, an individual,            )  Current response date: May 22, 2011
   CAFEPRESS.COM, INC., a Delaware         )  New response date: June 21, 2011
16 corporation, ZAZZLE INC., a California  )
   corporation, URBAN DICTIONARY,          )
17 LLC, a California limited liability      )
   company, and Does 1-10,                 )
18                                         )
19           Defendants.                   )
                                           )
20 _____)

21
22      In consideration of the parties' second stipulation to extend time for
23 Defendant Urban Dictionary, LLC ("Urban Dictionary") to respond to the
24 Complaint, and the parties' desire to continue settlement discussions before Urban
25 Dictionary responds to the Complaint:
26
27
28
                                                              4240230_5
   _____
   [PROPOSED] ORDER RE: SECOND STIP. TO EXTEND TIME
   FOR URBAN DICTIONARY, LLC ,TO RESPOND TO COMPLAINT
   CASE NO: CV-11-02646 AHM (RZx)

IT IS HEREBY ORDERED that the deadline for Defendant Urban Dictionary, LLC to respond to the initial Complaint in the above-captioned action is extended to June 21, 2011.

Dated: _____, 2011                    _____
                                               The Hon. A Howard Matz
                                               United States District Judge

[PROPOSED] ORDER RE: SECOND STIP. TO EXTEND TIME
FOR URBAN DICTIONARY, LLC ,TO RESPOND TO COMPLAINT
CASE NO: CV-11-02646 AHM (RZx)