HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
hhire@wsgr.com

NOTE: CHANGES MADE BY THE COURT

AARON HENDELMAN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue
Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
ahendelment@wsgr.com

Attorneys for Defendant
Zazzle Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company, and BARRY MARDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF CRUPPER, an individual, CAFEPRESS.COM, INC., a Delaware corporation, ZAZZLE INC., a California corporation, URBAN DICTIONARY, LLC, a California limited liability company, and Does 1-10,<br><br>Defendants. | CASE NO: CV-11-02646 AHM (RZx)<br><br>**ORDER RE: SECOND STIPULATION TO EXTEND TIME FOR ZAZZLE INC. TO RESPOND TO COMPLAINT**<br><br>Complaint served: April 1, 2011<br>Current response date: May 22, 2011<br>New response date: June 10, 2011 |

4327681_1

In consideration of the parties' second stipulation to extend time for Defendant Zazzle Inc. ("Zazzle") to respond to the Complaint, and the parties' desire to continue settlement discussions before Zazzle responds to the Complaint:

IT IS HEREBY ORDERED that the deadline for Defendant Zazzle to answer or otherwise respond to the initial Complaint in the above-captioned action is extended to June 10, 2011.

Dated: May 24, 2011

The Hon. A. Howard Matz
United States District Judge

-2-

ORDER RE: SECOND STIP. TO EXTEND TIME
FOR ZAZZLE INC. TO RESPOND TO COMPLAINT
Case No: CV-11-02646 AHM (RZx)