# CERTIFICATION OF CURRENT STATUS

May 16, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Eric Samuel Meltzer**, WSBA ID# **40203** was admitted to the practice of law in this state by the Supreme Court of Washington on **June 12 2008**, and is, as of today's date, an Active member of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA