Eric S. Meltzer
Imua Legal Advisors
1752 NW Market St., #211
Seattle, WA 98107

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Harris Remodeling Co., LLC, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV11-02646 AHM RZx |
| v. | |
| Jeff Cropper, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Eric S. Meltzer  of  Imua Legal Advisors, 1752 NW Market St., #211, Seattle, WA 98107
   *Applicant's Name*              *Firm Name / Address*

206-903-8182                                         eric@imualaw.com
*Telephone Number*                                   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   **X** Defendant

☐ Intervener or other interested person  Urban Dictionary, LLC

and the designation of  Nada M. Alnajafi
                       *Local Counsel Designee /State Bar Number*

of  Pivotal IP, PC, 301 Arizona Ave, Suite 250, Santa Monica CA 90401
    *Local Counsel Firm / Address*

310-437-8665                                         nalnajafi@pivotalip.com
*Telephone Number*                                   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   **X** GRANTED
   ☐ DENIED.  Fee shall be returned by the Clerk.
   ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                      U. S. District Judge/U.S. Magistrate Judge

GB64 ORDER (11/10)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**