Eric S. Meltzer
Imua Legal Advisors
1752 NW Market St., #211
Seattle, WA 98107

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Harris Remodeling Co., LLC, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV11-02646 AHM RZx |
| v. | |
| Jeff Cropper, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Eric S. Meltzer  of  Imua Legal Advisors, 1752 NW Market St., #211, Seattle, WA 98107
   *Applicant's Name*            *Firm Name / Address*

206-903-8182                                                                  eric@imualaw.com
   *Telephone Number*                                                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   □ Plaintiff   **X** Defendant

□ Intervener or other interested person  Urban Dictionary, LLC

and the designation of  Nada M. Alnajafi
                      *Local Counsel Designee /State Bar Number*

of  Pivotal IP, PC, 301 Arizona Ave, Suite 250, Santa Monica CA 90401
   *Local Counsel Firm / Address*

310-437-8665                                                                  nalnajafi@pivotalip.com
   *Telephone Number*                                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    **X** GRANTED

    □ DENIED.  Fee shall be returned by the Clerk.

    □ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  May 27, 2011                                    _____
                                                       U. S. District Judge/~~U.S. Magistrate Judge~~

GB64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**