A. Eric Bjorgum, State Bar No. 198392
Marc Karish, State Bar No. 205440
KARISH & BJORGUM, PC
510 W. 6th St., Suite 308
Los Angeles, CA  90014
Telephone: 213.785.8070
Facsimile: 213.995.5010
Email:eric.bjorgum@kb-ip.com

Attorneys for Plaintiffs,
HARRIS REMODELING CO., LLC
and BARRY MARDER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company, and BARRY MARDER, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEFF CRUPPER, an individual, ; CAFEPRESS.COM, INC., a Delaware corporation; ZAZZLE INC., a California corporation; URBAN DICTIONARY, LLC, a California limited liability company; and JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No.  CV-11-02646 AHM (RZx)<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTJEFF CRUPPER** |

1

```
```

Plaintiff hereby requests that the Clerk of the Court enter default against Defendant Jeff Crupper. On April 30, 2010, Jeff Crupper was personally served with a copy of the summons and complaint pursuant to the Federal Rules of Civil Procedure.

The time to respond to the summons and complaint has elapsed as to Defendant Jeff Crupper, and he has not filed nor served a responsive pleading.

WHEREFORE, it is respectfully requested that the Clerk enter default against Defendant Jeff Crupper.

Dated:   May 27, 2011         KARISH & BJORGUM, PC


/Eric Bjorgum/
A. Eric Bjorgum
Attorneys for Plaintiffs
HARRIS REMODELING CO., LLC
and BARRY MARDER